In the Matter of the Claim of EMMA WALSH, Respondent, against DAILY MIRROR, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits by the State Industrial Board under the Workmen's Compensation Law. The State Industrial Board has found that decedent met an accidental death as the result of heat prostration. The proof of the circumstances surrounding the death and the evidence of the physician who performed the autopsy sustain this finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.